UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOMINI LIPPMAN BOONE and ZAIAH LIPPMAN BOONE,<br><br>          Plaintiffs,<br><br>  v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>          Defendants. | Case No. 06-0857-RSL-JPD<br><br>ORDER DENYING APPOINTMENT OF COUNSEL |

On August 29, 2006, plaintiff filed an Application for Appointment of Counsel (Dkt. No. 8), which was referred to the undersigned Magistrate Judge for consideration on September 11, 2006 (Dkt. No. 9). After the Application was filed, however, the Court received correspondence dated September 8, 2006, from Jeffrey P. Gilbert, an attorney representing Ms. Boone on other matters. (Dkt. No. 10). In the correspondence, Mr. Gilbert advised the Honorable Robert S. Lasnik that although he was not representing Ms. Boone in this case, she had successfully obtained counsel to represent her. Accordingly, the application for court-appointed counsel (Dkt No. 8) is DENIED.

DATED this 13th day of September, 2006.

                                                               */s/ James P. Donohue*
                                                               JAMES P. DONOHUE
                                                               United States Magistrate Judge