1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOMINI BOONE,

        Plaintiff,

   v.

WASHINGTON DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *et al.*,

        Defendants.

Case No. C06-857RSL

ORDER GRANTING THIRD
REQUEST FOR AN EXTENSION

      On July 17, 2006, the Court issued an Order to Show Cause ordering Boone to file an amended complaint within 30 days of the date of the Order.  Since then, plaintiff has requested and the Court has granted her two extensions of time to respond.

      Plaintiff has filed a motion for a third extension of time to respond to the Order to Show Cause.  (Dkt. #15).  The motion is GRANTED in light of plaintiff's *pro se* status and her statement that she is attempting to retain counsel.  However, because plaintiff has been granted three extensions of time to respond, no additional extensions shall be granted absent a showing of good cause.

      Plaintiff shall file her amended complaint no later than October 23, 2006 or face dismissal.  The Clerk of the Court is directed to renote the Order to Show Cause (Dkt. #4) on the

ORDER GRANTING THIRD
REQUEST FOR AN EXTENSION - 1

1 | Court's calendar for October 23, 2006.

3 |     DATED this 26th day of September, 2006.

*[signature: MWT S Lasnik]*

Robert S. Lasnik
United States District Judge

ORDER GRANTING THIRD
REQUEST FOR AN EXTENSION - 2           -2-