1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOMINI BOONE,

Plaintiff,

v.

WASHINGTON DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *et al.*,

Defendants.

Case No. C06-857RSL

ORDER GRANTING MOTION FOR
FOURTH EXTENSION

On July 17, 2006, the Court issued an Order to Show Cause ordering plaintiff Domini
Boone to file an amended complaint within 30 days of the date of the Order or face dismissal.
Since then, plaintiff requested and the Court granted her three extensions of time to respond.  In
its order granting the third request for an extension, the Court stated that "no additional
extensions shall be granted absent a showing of good cause."

Since then, counsel has entered an appearance on plaintiff's behalf and has filed a motion
for a fourth extension of time to file an amended complaint.  (Dkt. #21).  Defendants have not
responded to the motion because they have not yet been served or entered an appearance in this
case.  The fact that plaintiff has only recently retained counsel, the apparent complexity of the
issues, and the assistance that counsel will provide all represent good cause for allowing the
extension.  Accordingly, plaintiff's motion for an extension is GRANTED.

ORDER GRANTING MOTION
FOR FOURTH EXTENSION - 1

1    Plaintiff must serve and file her amended complaint by December 4, 2006.  No additional

2 extensions will be granted absent a showing of good cause.

3    The Clerk of the Court is directed to renote the Order to Show Cause (Dkt. #4) on the

4 Court's calendar for December 5, 2006.

5

6    DATED this 31st day of October, 2006.

7

8

9    *MrT S Lasnik*

10   Robert S. Lasnik
     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION
FOR FOURTH EXTENSION - 2                    -2-