UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOMINI BOONE,

    Plaintiff,

v.

WASHINGTON DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *et al.*,

    Defendants.

Case No. C06-857RSL

ORDER DENYING MOTION
FOR RECONSIDERATION

    This matter comes before the Court on plaintiff's motion for reconsideration of the December 20, 2006 order denying plaintiff's motion to compel and dismissing plaintiff's complaint. Plaintiff filed this timely motion on January 5, 2007.

    "Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Local Rule 7(h). In this case, plaintiff has not shown manifest error in the prior ruling or shown new facts or legal authority which could not have been brought to the Court's attention earlier with reasonable diligence.

ORDER DENYING MOTION
FOR RECONSIDERATION

1    Accordingly, plaintiff's motion for reconsideration (Dkt. #33)[1] is DENIED.

3    DATED this 10th day of January, 2007.

                                  */s/ Robert S. Lasnik*
                                  Robert S. Lasnik
                                  United States District Judge

---

[1] Plaintiff erroneously filed the same motion for reconsideration twice, so her motion for reconsideration also appears at Dkt. #35.

ORDER DENYING MOTION
FOR RECONSIDERATION           -2-